OPINION — AG — IT IS NOT NECESSARY TO HAVE A FISHING LICENSE IN ORDER TO SEINE MINNOWS FOR BAIT FOR ONE'S OWN USE. HOWEVER, THE ACTUAL USE OR DISPOSITION OF SAID MINNOWS MAY CONSTITUTE A VIOLATION OF 29 O.S. 1961 822-834 [29-822] — [29-834] UNLESS SAID PERSON HAS THE APPROPRIATE LICENSE. CITE: 29 O.S. 1961 201 [29-201], 29 O.S. 1961 822 [29-822] 29 O.S. 1961 830 [29-830] (LEE COOK)